

FILED

DEC - 2 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 10-39214-E-13 |
| TOM N. O'HARA and JULIA E. BENNETT, | |
| Debtors. | |
| TOM N. O'HARA, | Adv. Proc. No. 11-2634 |
| | Docket Control No. RHS-1 |
| Plaintiff, | |
| v. | DATE: January 10, 2012 |
| | TIME: 2:00 p.m. |
| RUSS PORTERFIELD, et al., | DEPT: E |
| Defendants. | |

## ORDER TO SHOW CAUSE

A review of the files in this case and good cause appearing,

**IT IS ORDERED** that Tom N. O'Hara, debtor-plaintiff in the above-captioned case, shall appear on **January 10, 2012, at 2:00 p.m.** in Department E of the United States Bankruptcy Court, 501 I Street, Sixth Floor, Sacramento, California, to show cause as to why the court should not abstain from hearing this adversary proceeding pursuant to 28 U.S.C. § 1334(c)(1), the court having dismissed the Plaintiff's Chapter 13 case, the sole basis for this court initially having jurisdiction for this matter.

**IT IS FURTHER ORDERED** that any opposition to issuance of the

Order to Show Cause shall be in writing and filed with the court in compliance with Local Rule 9014-1, and must be filed at least fourteen (14) days before the date of the hearing set forth in this order.

Dated: December 2, 2011

RONALD H. SARGIS, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document(s).

Julia Bennett
909 Audubon Rd
Mount Shasta, CA 96067

Dennis Cowan
280 Hemsted Drive, Suite B
Redding, CA 96002

Gerald Krupp
35381 Flute Ave
Palm Desert, CA 92211

Michael Dacquisto
1901 Court St
Redding, CA 96001

Geno Andrade
1735 South St
Redding, CA 96001

Bridge Mortgage Co.
1735 South Street
Redding, CA 96001

Julia Bennett
909 Audubon Rd
Mount Shasta, CA 96067

Tom O'Hara
909 Audubon Rd
Mount Shasta, CA 96067

David Cusick
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814